
FILED
May 28, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00353-CR
5399254
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 2:00:07 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS

THIRD SUPREME JUDICIAL DISTRICT

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 2:00:07 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **KELLY KITA SHEFFIELD,** | * | |
| *Appellant* | * | |
| | * | |
| **vs.** | * | **APPEALS CT. NO. 03-14-00353-CR** |
| | * | **TR. CT. NO. CR2011-475** |
| **THE STATE OF TEXAS,** | * | |
| *Appellee* | * | |

### APPELLANT'S MOTION FOR LEAVE TO FILE APPELLATE BRIEF

TO THE HONORABLE COURT OF APPEALS:

**COMES NOW KELLY KITA SHEFFIELD,** Appellant in the above styled and numbered cause, under the authority of Rule 10.5(b)(1), T.R.A.P., shows the Court as follows:

1.

Appellant's brief was due in this Court on October 10, 2014 and has not yet been filed.

2.

On May 18, 2015, Appellant filed her second amended motion for extension of time to file appellate brief seeking an extension of time to May 22, 2015 to file her brief.

3.

Concurrently with this motion, Appellant has filed her appellate brief in this cause and now seeks leave of this Court to accept the filing of said brief.

4.

WHEREFORE, Appellant prays that this Court will grant leave for Appellant to file her appellate brief in this cause.

Respectfully submitted,

Joseph E. Garcia, III
200 N. Seguin Avenue

P.O. Box 310702
New Braunfels, TX 78131-0702
(830) 627-8868 - Phone
(830) 627-8683 - Fax
SBN: 07636725
joeg3@sbcglobal.net
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the Comal County District Attorney's Office, 150 N. Seguin, Suite 307, New Braunfels, Texas on May 22, 2015.

Joseph E. Garcia, III